AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

Joaquin Gamboa

PETITIONER

v.

Maggie Miller-Stout

RESPONDENT

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 08-CV-3062-CI

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED  Petitioner's Motion (Ct. Rec. 13) is GRANTED and the petition is DISMISSED without prejudice. IT IS FURTHER ORDERED Petitioner's Motion for Extension of Time (Ct. Rec. 11) is DENIED as moot.

March 16, 2009
*Date*

JAMES R. LARSEN
*Clerk*
s/ Vikki Johnson
*(By) Deputy Clerk*
Vikki Johnson